---

MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

---

CURTIS (appellant) v. ELECTRIC Co. From Buncombe. *Merrimon* for plaintiff; *Sondley* and *Martin* for defendant. Affirmed.

SHITLE (appellant) v. RAILROAD. From Buncombe. *Marlin* for plaintiff; *Moore* for defendant. Affirmed.

PENLAND (appellant) v. INGLE. From Buncombe. *Davidson, Bourne & Parker* for plaintiff; *Carter* for defendant. Appeal dismissed. (See opinion in defendant's appeal).

CURTIS (appellant) v. RAILROAD. From Swain. *Franklin* for plaintiff; *Moore* for defendant. Affirmed.

WESTFELDT (petitioner) v. RAILROAD. From Swain. *Sondley* and *Martin* for petitioner; *Shepherd, Moore, Hooker* and *Merrimon* contra. The court being evenly divided (HOKE, J., not sitting), the petition to rehear is dismissed.

LEACH v. TELEGRAPH Co. (appellant). From Cherokee. *Dillard & Bell* for plaintiff; *Whitson* and *F. H. Busbee & Son* for defendant. Affirmed.

WILSON v. BRYSON (appellant). From Jackson. *Shepherd, Axley* and *Moore* for plaintiff; *Ray* for defendant. Affirmed.

BRANCH (appellant) v. CASUALTY Co. From Wake. *Harris* for plaintiff; *Womack* for defendant. Affirmed.

MATTHEWS v. TELEGRAPH Co. (appellant). From Guilford. Appeal dismissed by consent of appellant.

COWAN v. ICE AND COAL Co. (appellant). From Buncombe. *Craig & Marlin* for appellant; *Moore & Rollins* for appellee. After full and careful examination the court is of opinion that there is no error presented which gives the defendant any just ground of complaint. The judgment is therefore affirmed. (BROWN, J., dissenting).